UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| COMPLAINT OF OSAGE MARINE ) | |
| SERVICES, INC. FOR ) | No. 4:21 CV 347 RWS |
| EXONERATION FROM, OR ) | |
| LIMITATION OF LIABILITY. ) | |

## MEMORANDUM AND ORDER

For the reasons stated on the record during today's status conference,

**IT IS HEREBY ORDERED** that the motion to exclude the opinion testimony of Claimant Love's Retained Expert Sam Stephenson [124] is denied as to any remaining issues not previously ruled in my May 15, 2025 Order, as I will consider the testimony and assign it any such weight I deem appropriate following the bench trial. ECF 130.

**IT IS FURTHER ORDERED** that, **given the claimant's on the record stipulation that she will forthwith amend her witness list [136] and will not attempt to call any of plaintiff's attorneys, including Neal Settergren, as a witness at trial, the motion to strike [140] and the motion to continue trial [144] are denied as moot. Claimant must file her amended witness list which omits Neal Settergren as a witness by 11:59 p.m. today, or the Court will sua sponte reinstate and grant the motion to continue, remove this case from the September 8, 2025 trial docket, reinstate plaintiff's motion to strike, and set a briefing schedule on the issue of whether claimant should be permitted to call Settergren as a witness.**

**IT IS FURTHER ORDERED** that the motion in limine invoking Rule 615 [139] is granted only to this extent: the transcript of any expert witness depositions taken for use at trial in lieu of testifying at trial shall not be shown to any fact witness prior to trial. To streamline the trial of this matter, the parties are required to confer and, if possible, reach agreement as to the testimony which may be submitted solely by deposition. **Any additional requests to exclude witnesses from the courtroom must be made on the record at the start of trial and should not be filed as motions in limine.**

**IT IS FURTHER ORDERED** that plaintiff's motion to strike motion in limine [142] is denied.

**IT IS FURTHER ORDERED** that, to the extent that the proposed findings of fact filed by claimant [134] are construed as a motion to reconsider my previous rulings regarding claimant's burden of proof in this limitation proceeding, the effect of her stipulations addressed in my Memorandum and Order dated July 6, 2021, or the non-preclusive effect of the state court judgment, it is denied.

**I expect counsel to work together and resolve basic, routine issues without the assistance of the Court.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of August, 2025.